CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com

Attorneys for Plaintiff, LUIS MARQUEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARQUEZ<br><br>    Plaintiff,<br><br>  v.<br><br>TIEN SENG INTERNATIONAL, INC., a California Corporation<br><br>    Defendant. | Case No.: 8:21-cv-00066-DOC-ADS<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

  The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

  The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

CENTER FOR DISABILITY ACCESS

Dated: February 17, 2021   By: /s/ Amanda Seabock
             Amanda Seabock
             Attorney for Plaintiff